CHARLES J. QUINBY, Respondent, *v.* JOHN CLAFLIN et al.,
Appellants.

(Argued October 19, 1891; decided December 1, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made July 2, 1891,
which affirmed an order of Special Term affirming the refusal
of the clerk to tax defendants' costs.

*Henry Thompson* for appellants.

*Minott M. Silliman* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

JOHN C. PROVOST, Appellant, *v.* LOUIS C. H. ROEDIGER et al.,
Respondents.

(Argued October 19, 1891; decided December 1, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made July 18, 1890,
which reversed an order of Special Term setting aside a judg-
ment for deficiency and directing a resale of the premises
under judgment of foreclosure herein.

*A. N. Weller* for appellant.

*George A. Stearns* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.